**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **JOHN DOE**, | * |
| Plaintiffs, | *   CIVIL ACTION NO. 2:16-cv-171 |
| | * |
| v. | *   Judge Frost |
| | *   Magistrate Judge Kemp |
| **THE OHIO STATE UNIVERSITY**, et al., | * |
| Defendants | * |
| | * |

**Order Granting Plaintiff's Motion
to Allow the Parties to Use Pseudonyms
and to File Documents Under Seal**

Upon Motion and for good cause shown, it is *ordered* that the Parties shall use the following pseudonyms: (a) Plaintiff will be referred to as John Doe; (b) the female Defendant in this case shall be referred to as Jane Doe; (c) OSU student witness will be referred to by their first and last initial.

In addition, it is *ordered* that the actual name of any person identified by pseudonym or initials shall be filed under seal with this Court and that Plaintiff may file Exhibits I and N of the Complaint under seal.

_____
THE HONORABLE JUDGE FROST

_____
Date

Respectfully submitted,

_____
Eric Rosenberg (0069958)
Tracy L. Turner (0069927)
ROSENBERG & BALL CO., LPA
395 North Pearl Street
Granville, OH  43023
E-mail: eric.rblaw@gmail.com
       Tracy.rblaw@gmail.com
Telephone: (740) 644-1027
Facsimile: (866) 498-0811
*Attorney for Plaintiff*