```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION


John Doe,                            :

        Plaintiff,                   :

    v.                               :     Case No. 2:16-cv-171

                                     :     JUDGE GREGORY L. FROST
The Ohio State University,                 Magistrate Judge Kemp
et al.,
        Defendants.                  :
```

ORDER

Plaintiff has filed a motion requesting permission to use pseudonyms and to file under seal Exhibits I and N to the complaint.  Plaintiff has filed an additional motion to seal the original complaint in light of the filing of the amended complaint.  The motions set forth good cause and the motions (Docs. 2 and 4) are therefore granted.

```
                              /s/ Terence P. Kemp
                              United States Magistrate Judge
```