**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN DOE,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO. 2:16-CV-171** |
| | : | |
| **v.** | : | |
| | : | |
| **THE OHIO STATE** | : | **JUDGE SMITH** |
| **UNIVERSITY, et. al.,** | : | **MAGISTRATE JUDGE VASCURA** |
| | : | |
| **Defendants.** | : | |

<u>**NOTICE OF WITHDRAWAL OF MOTION TO QUASH (ECF NO. 61)**</u>

The United States Department of Education ("ED") hereby withdraws its Motion to

Quash Subpoenas filed on November 14, 2017 (ECF No. 61). On November 17, 2017,

counsel for Plaintiff informed ED that he was withdrawing the subpoenas at issue. The

Motion to Quash is therefore now moot, and ED accordingly withdraws it.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Leah M. Wolfe
LEAH M. WOLFE (0093299)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Office: (614) 469-5715
Fax: (614) 469-5240
E-mail: leah.wolfe@usdoj.gov

OF COUNSEL:

Vanessa Santos
Michelle Tucker
U.S. Department of Education
Office of the General Counsel
Division of Educational Equity
400 Maryland Ave. SW, Rm. 6E236
Washington, DC 20202

## CERTIFICATE OF SERVICE

I certify that on November 17, 2017, I filed the foregoing Notice of Withdrawal

using the CM/ECF system, which will send notice to all counsel of record.

s/Leah M. Wolfe
LEAH M. WOLFE (0093299)
Assistant United States Attorney