| | |
|---|---|
| **From:** | Corl, Christina |
| **To:** | "Eric Rosenberg"; Tracy Turner |
| **Subject:** | RE: Question about Friday"s conference with the court |
| **Date:** | Monday, April 30, 2018 7:44:54 AM |

Yes.

Thank you for the follow up.

As we discussed, however, it is unlikely that we be able to resolve any of our discovery issues at the discovery conference.  Motion practice will be necessary.

[redacted]

**Christina L. Corl**

Plunkett Cooney
Attorneys & Counselors at Law
T 614.629.3018    C 614.309.9212

bio | office | vcard | web

**From:** Eric Rosenberg [mailto:ericrosenb@gmail.com]
**Sent:** Sunday, April 29, 2018 6:52 AM
**To:** Corl, Christina; Tracy Turner
**Subject:** Question about Friday's conference with the court

# Christina:

# If we have not ironed out a mutually agreeable settlement framework by Wednesday, do I have your permission to send the  Magistrate the letters we exchanged setting forth our discovery disputes?  I ask because I believe the letters are the best way to bring the Magistrate up to speed on our disputes.

# Best.  Eric.

Eric Rosenberg, Esq.

Rosenberg & Ball Co. LPA
395 North Pearl Street
Granville, Ohio 43023
888.680.6797 office
740.644.1027 direct
866.498.0811 fax
erosenberg@rosenbergball.com

Confidentiality Notice

This e-mail message is intended for use only by the individual or entity to which it is addressed. This message may contain information that is privileged or confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to receive and deliver it to the named addressee). If you have received this transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail. Thank you.