UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE,**

      **Plaintiff,**

                                                Civil Action 2:16-cv-171
                                                Judge George C. Smith
      **v.**                                      Magistrate Judge Chelsey M. Vascura

**THE OHIO STATE UNIVERSITY,** *et al.***,**

      **Defendants.**

## ORDER

On June 5, 2018, the Court stayed the existing case schedule pending resolution of Plaintiff's Motion for Reconsideration and Motion to Compel.  (ECF No. 86.)   Both Motions have been resolved.   (ECF Nos. 94 and 99.)   Accordingly, the parties are **ORDERED** to submit a joint proposed case schedule for the Court's consideration **ON OR BEFORE DECEMBER 10, 2018**.

      **IT IS SO ORDERED**.

                                                        /s/ *Chelsey M. Vascura*
                                                   CHELSEY M. VASCURA
                                                   UNITED STATES MAGISTRATE JUDGE