**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| John Doe, : | |
| : | Case No. 2:16-cv-00171 |
| Plaintiff, : | |
| : | Judge George C. Smith |
| v. : | |
| : | Magistrate Chelsey M. Vascura |
| The Ohio State University, : | |
| : | |
| Defendant. : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the parties hereto, by and through counsel, and stipulate that all claims which were brought, or which could have been brought, in this case are resolved and are hereby dismissed with prejudice.

Respectfully submitted,

**MICHAEL DEWINE (0009181)**
**Ohio Attorney General**

| | |
|---|---|
| /s/ Christina L. Corl | /s/ Reid T. Caryer |
| CHRISTINA L. CORL (0067869) | REID T. CARYER  (0079825) |
| Plunkett Cooney | Assistant Attorney General |
| 300 East Broad Street, Suite 590 | Ohio Attorney General's Office |
| Columbus, Ohio 43215 | Education Section |
| Telephone: (614) 629-3018 | 30 East Broad Street, 16th Floor |
| Facsimile: (614) 629-3019 | Columbus, Ohio 43215 |
| ccorl@plunkettcooney.com | Telephone:  (614) 644-7250 |
| *Counsel for Defendant OSU* | Facsimile:  (614) 644-7634 |
| | reid.caryer@ohioattorneygeneral.gov |

/s/ Tracy L. Turner
TRACY L. TURNER, Of Counsel (0069927)
ERIC J. ROSENBERG  (0069958)
Rosenberg & Ball Co., LPA
395 North Pearl Street
Granville, Ohio  43023
Telephone:  (740) 644-1027
Facsimile:  (866) 498-0811
Tracy.rblaw@gmail.com
*Counsel for Plaintiff*

Open.25577.60674.22542320-1